# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 3, 2023

Lyle W. Cayce
Clerk

No. 22-50130
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Edward Harold Williams,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:19-CR-61-1

_____

Before King, Higginson, and Willett, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Edward Harold Williams has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Williams has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50130

concur with counsel's assessment that the appeal is moot and that we lack jurisdiction. *See Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998); *United States v. Clark*, 193 F.3d 845, 847-48 (5th Cir. 1999). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED AS MOOT.